United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ARBOR HOME, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 21-cv-03737-BLF<br><br>**ORDER GRANTING STIPULATION FOR BRIEFING SCHEDULE AND SETTING MOTION HEARING FOR JUNE 17, 2021** |

The Court has received the Parties' stipulated briefing schedule for Plaintiffs' motion for temporary restraining order. *See* Stipulation, ECF 12. The Court GRANTS the stipulation. Further, the Court sets the motion for Zoom hearing on June 17, 2020, at 9:00 a.m. Information regarding the Zoom call will be posted to the docket closer to the hearing date.

**IT IS SO ORDERED.**

Dated: May 26, 2021

BETH LABSON FREEMAN
United States District Judge